**Order entered December 6, 2016**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-16-01025-CV

**SAMANTHA LOCKETT, Appellant**

**V.**

**BACHARY MCGRUDER, Appellee**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-11935**

## ORDER

The reporter's record in this appeal was originally due October 25, 2016. On October 26, 2016, when the record had not been filed, we directed the court reporter to file the record within thirty days. By separate letter, we also informed her that, because appellant's August 26, 2016 affidavit of indigency had not been contested, the record, if requested, should be filed without prepayment. To date, however, we have not received a response.

Accordingly, we **ORDER** court reporter Elizabeth Griffin to file, no later than December 20, 2016, either (1) the reporter's record or (2) written verification no hearings were recorded or appellant has not requested the record. *We notify appellant that if we receive verification the reporter's record has not been requested, we will order the appeal submitted without the reporter's record. See* TEX. R. CIV. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send copies of this order to (1) the Honorable Tena Callahan, Presiding Judge of the 302nd Judicial District Court; (2) Ms. Griffin; and (3) the parties.

/s/     CRAIG STODDART
          JUSTICE